# United States District Court

SOUTHERN   DISTRICT OF   NEW YORK

The Annuity, Pension, Welfare and Apprenticeship Skill Improvement & Safety Funds of the International Union of Operating Engineers Local 137, 137A, 137B, 137C & 137R et al.

V.

Columbus Construction Corporation, Nikan Construction, Inc., Core Contracting of New York, LLC, Canal Asphalt, Inc. and United States Fire Insurance Company

SUMMONS IN A CIVIL CASE

CASE NUMBER:

**08 CIV. 5346**

**JUDGE KARAS**

TO: (Name and address of defendant)

Columbus Construction Corporation,
Nikan Construction Inc., Core Contracting
of New York, LLC and Canal Asphalt, Inc.
687 South Columbus Avenue
Mt. Vernon, New York 10550

United States Fire Insurance Company
305 Madison Avenue
Morristown, NJ 07960

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

BRADY McGUIRE & STEINBERG, P.C.
603 WARBURTON AVENUE
HASTINGS-ON-HUDSON, NEW YORK 10706

an answer to the complaint which is herewith served upon you, within _____Twenty (20)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. Michael McMahon
CLERK    CLERK

(BY) DEPUTY CLERK

JUN 1 1 2008
DATE

STATE OF NEW YORK UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.5346  AND FILED ON  6/11/2008

THE ANNUITY, PENSION, WELFARE AND APPRENTICESHIP SKILL IMPROVEMENT & SAFETY FUNDS OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL — Plaintiff(s)/Petitioner(s)

Vs.

COLUMBUS CONSTRUCTION CORPORATION, ET AL — Defendant(s)/Respondent(s)

STATE OF: NEW YORK ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 6/17/2008 at 4:05PM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT
Party Served: COLUMBUS CONSTRUCTION CORPORATION (herein called recipient) therein named.
At Location: 687 SOUTH COLUMBUS AVENUE
MT. VERNON NY 10550

By delivering to and leaving with SHANNEL THOMAS and that deponent knew the person so served to be the MANAGING AGENT of the corporation and authorized to accept service..

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex: FM  Color of Skin: BLACK  Color of Hair: BLACK
Age: 40/50  Height: 5'6"
Weight: 250  Other Features: GLASSES

Sworn to before me on 6/18/2008

_Gail Williams_ (signature)

John Axelrod (signature)
Server's License#:

GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010