STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.5346  AND FILED ON  6/11/2008

THE ANNUITY, PENSION, WELFARE AND APPRENTICESHIP SKILL IMPROVEMENT & SAFETY FUNDS OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL  Plaintiff(s)/Petitioner(s)
Vs.
COLUMBUS CONSTRUCTION CORPORATION, ET AL  Defendant(s)/Respondent(s)

STATE OF: NEW YORK ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 6/17/2008 at 4:05PM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT
Party Served: CORE CONTRACTING OF NEW YORK, LLC  (herein called recipient) therein named.
At Location: 687 SOUTH COLUMBUS AVENUE
MT. VERNON NY 10550

By delivering to and leaving with SHANNEL THOMAS and that deponent knew the person so served to be the MANAGING AGENT of the corporation and authorized to accept service..

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex: FM  Color of Skin: BLACK  Color of Hair: BLACK
Age: 40/50  Height: 5'6"
Weight: 250  Other Features: GLASSES

Sworn to before me on 6/18/2008

John Axelrod
Server's License#:

GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010