Scott A. Levin (SL-9041)
McElroy, Deutsch, Mulvaney & Carpenter, LLP
88 Pine Street – 24th Floor
New York, New York 10005
(212) 483-9490
Attorneys for Defendant,
United States Fire Insurance Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------

| | |
|---|---|
| THE ANNUITY, PENSION, WELFARE and APPRENTICESHIP SKILL IMPROVEMENT & SAFETY FUNDS OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 137, 137A, 137B, 137C & 137R, et al., | Civil No. 08-cv-5346 |

                        Plaintiffs,

**ACKNOWLEDGMENT OF
SERVICE OF SUMMONS AND
COMPLAINT**

        -    against –

COLUMBUS CONSTRUCTION CORPORATION,
NIKAN CONSTRUCTION, INC., CORE CONTRACTING
OF NEW YORK, LLC, CANAL ASPHALT, INC. and
UNITED STATES FIRE INSURANCE COMPANY,

                        Defendants,

-------------------------------------------------------------------


        I, Scott A. Levin, of the firm of McElroy, Deutsch, Mulvaney & Carpenter, LLP, as

attorney for Defendant, United States Fire Insurance Company, am hereby authorized to accept

and acknowledge receipt of the Summons and Complaint on this 25th day of July, 2008.


Dated:  July 25, 2008            By: _____

                                        Scott A. Levin