Scott A. Levin (SL-9041)
McElroy, Deutsch, Mulvaney & Carpenter, LLP
88 Pine Street – 24th Floor
New York, New York 10005
(212) 483-9490
Attorneys for Defendant,
United States Fire Insurance Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------

| | |
|---|---|
| THE ANNUITY, PENSION, WELFARE and APPRENTICESHIP SKILL IMPROVEMENT & SAFETY FUNDS OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 137, 137A, 137B, 137C & 137R, et al., | Civil No. 08-cv-5346 |
| | **NOTICE OF APPEARANCE** |
| Plaintiffs, | |
| - against – | |
| COLUMBUS CONSTRUCTION CORPORATION, NIKAN CONSTRUCTION, INC., CORE CONTRACTING OF NEW YORK, LLC, CANAL ASPHALT, INC. and UNITED STATES FIRE INSURANCE COMPANY, | |
| Defendants, | |

-------------------------------------------------------------------

Scott A. Levin, of the law firm McElroy, Deutsch, Mulvaney & Carpenter, LLP, hereby enters an appearance in this matter on behalf of Defendant, United States Fire Insurance Company.

Dated: August 11, 2008        By:    /s Scott A. Levin
                                                Scott A. Levin