Scott A. Levin (SL-9041)
McElroy, Deutsch, Mulvaney & Carpenter, LLP
88 Pine Street – 24th Floor
New York, New York 10005
(212) 483-9490
Attorneys for Defendant,
United States Fire Insurance Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------

THE ANNUITY, PENSION, WELFARE and
APPRENTICESHIP SKILL IMPROVEMENT & SAFETY
FUNDS OF THE INTERNATIONAL UNION OF
OPERATING ENGINEERS LOCAL 137, 137A, 137B,
137C & 137R, et al.,

                Plaintiffs,

- against -

COLUMBUS CONSTRUCTION CORPORATION,
NIKAN CONSTRUCTION, INC., CORE CONTRACTING
OF NEW YORK, LLC, CANAL ASPHALT, INC. and
UNITED STATES FIRE INSURANCE COMPANY,

                Defendants.
-------------------------------------------------------------------

Civil No. 08-cv-5346 (KMK)

STIPULATION EXTENDING TIME
TO RESPOND TO COMPLAINT

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiffs and counsel for Defendant, United States Fire Insurance Company ("U.S. Fire"), that the date by which U.S. Fire must file its responsive pleading to Plaintiffs' Complaint is hereby extended through and including August 29, 2008. This stipulation may be executed in counterparts. Facsimile signatures are acceptable as original signatures.

Dated: Aug. 11, 2008

By: _____
Scott A. Levin
McElroy, Deutsch, Mulvaney
& Carpenter, LLP
Attorneys for Defendant,
United States Fire Insurance Company
88 Pine Street – 24th Floor
(212) 483-9490

_____
James M. Steinberg
Brady McGuire & Steinberg, P.C.
Attorneys for Plaintiffs
603 Warburton Avenue
Hastings-on-Hudson, NY 10706
(914) 478-5755

SO ORDERED

_____ 8/12/08
U.S.D.J.