John W. Morris
Scott A. Levin
McElroy, Deutsch, Mulvaney & Carpenter, LLP
88 Pine Street – 24th Floor
New York, New York 10005
(212) 483-9490
Attorneys for Defendant,
United States Fire Insurance Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------

| | |
|---|---|
| THE ANNUITY, PENSION, WELFARE and APPRENTICESHIP SKILL IMPROVEMENT & SAFETY FUNDS OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 137, 137A, 137B, 137C & 137R, et al., | Civil No. 08-cv-5346 |
| | **RULE 7.1 DISCLOSURE STATEMENT** |
| Plaintiffs, | |
| against – | |
| COLUMBUS CONSTRUCTION CORPORATION, NIKAN CONSTRUCTION, INC., CORE CONTRACTING OF NEW YORK, LLC, CANAL ASPHALT, INC. and UNITED STATES FIRE INSURANCE COMPANY, | |
| Defendants, | |

-------------------------------------------------------------------

Pursuant to Federal Rule of Civil Procedure 7.1, the following corporate interests of defendant, United States Fire Insurance Company, are disclosed:

1. Parents:   Fairfax Financial Holdings Limited
              FFHL Group, Ltd.
              Fairfax, Inc.
              Crum & Forster Holding, Inc.

2. Is 10% or more of the stock of the party owned by a publicly held corporation or other publicly held entity?  No.

1133603-1                          1

                                          Attorneys for Defendant,
                                        United States Fire Insurance Company

Date:  August 29, 2008             By_____/s John W. Morris_____
                                        John W. Morris
                                        Scott A. Levin
                                        McElroy, Deutsch, Mulvaney
                                        & Carpenter, LLP
                                        88 Pine Street – 24th Floor
                                        New York, New York 10005
                                        (212) 483-9490